IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02458-KMT

CARLOS BRITO, Individually

    Plaintiff(s),

v.

SLATE CAREFREE HOLDINGS, LLC,
a Colorado Limited Liability Company,

    Defendant(s).

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _____, _____, this _____ day of _____, 2019.

                                                                       _____
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record